**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Sims, | No. CV-19-00582-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| CitiBank NA, et al., | |
| Defendants. | |

The court having been notified that this case has been settled by the parties, Plaintiff Margaret Sims' and Defendant TransUnion LLC (TransUnion).

**Accordingly,**

**IT IS ORDERED** that the case is dismissed without prejudice as Plaintiff Margaret Sims' claims against Defendant TransUnion LLC.

**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within 30 days of the filing of this Order.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case as against TransUnion and return it to the Court's active docket, in the event problems arise in relation to its settlement.

Dated this 19th day of August, 2020.

David C. Bury
United States District Judge