**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Sims, | No. CV-19-00582-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| CitiBank NA, et al., | |
| Defendants. | |

On August 28, 2020, the Plaintiff notified the Court that the parties had settled this case. (Notice (Doc. 72.) The Court issued its standard order closing the case, pursuant to a settlement agreement, and affording the parties an opportunity to file settlement documents as appropriate. Instead, the Plaintiff files a Motion to Enforce the Settlement Agreement to dismiss this case with prejudice for $1000. (Motion (Doc. 76.) On December 3, 2020, in Response, the Defendants do not object to the dismissal of this action with prejudice, without any further memorialization of the agreement. Defendants report that they will pay the $1000 within ten days of filing the Response.

**Accordingly,**

**IT IS ORDERED** that the Motion to Enforce (Doc. 76) is GRANTED.

///
///
///
///

1   **IT IS FURTHER ORDERED** that pursuant to the Settlement Agreement, this
2   action is dismissed, with prejudice.
3   Dated this 21st day of December, 2020.

David C. Bury
United States District Judge